IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00301-BNB

JAMES ROGER DUNCAN,

     Plaintiff,

v.

BILL RITTER, JR., Ex-Governor,
JOHN W. HICKENLOOPER, Governor,
RICK RAEMISCH, Executive Director,
WARDEN MILYARD,
WARDEN FALK, and
CASE MANAGER LUECK,

     Defendants.

---

ORDER DRAWING CASE

---

     After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

     ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

     DATED February 18, 2014, at Denver, Colorado.

                    BY THE COURT:

                    s/ Boyd N. Boland
                    United States Magistrate Judge