IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00301-BNB

JAMES ROGER DUNCAN,

Plaintiff,

v.

BILL RITTER, JR., ex-governor,
JOHN W. HICKENLOOPER, governor,
RICK RAEMISCH, executive director,
WARDEN MILYARD,
WARDEN FALK, and
CASE MANAGER LUECK,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the plaintiff's request to reconsider my order denying the plaintiff's request for appointment of counsel [docket no. 27, filed April 18, 2014] (the "Motion").

IT IS ORDERED that the Motion is DENIED.

DATED: April 30, 2014