IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00301-REB-BNB

JAMES ROGER DUNCAN,

Plaintiff,

v.

BILL RITTER, JR., ex-governor,
JOHN W. HICKENLOOPER, governor,
RICK RAEMISCH, executive director,
WARDEN MILYARD,
WARDEN FALK, and
CASE MANAGER LUECK,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Amendment to Complaint and Introducing New Evidence** [Doc. #51, filed 07/09/2014] (the "Motion"). The Motion is DENIED WITHOUT PREJUDICE.

The plaintiff seeks to amend his Complaint to add new allegations and attachments. The plaintiff has not attached a copy of the proposed amended complaint to his motion to amend.

The plaintiff may not amend his Complaint by simply filing piecemeal amendments and supplements. Rather, he must file the entire proposed amended complaint. The plaintiff may not incorporate by reference his original Complaint into the amended complaint. The amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims. Mink v. Suthers, 482 F.3d 1244, 1254 (10th Cir. 2007) (stating that "an amended complaint supercedes an original complaint and renders the original complaint without legal effect") (internal quotations and

citations omitted).

IT IS ORDERED that plaintiff's Motion for Amendment to Complaint and Introducing New Evidence [Doc. #51] is DENIED WITHOUT PREJUDICE, subject to compliance with this Order.

Dated August 6, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge