# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-00301-REB-BNB

JAMES ROGER DUNCAN,

    Plaintiff,

v.

BILL RITTER, JR., ex-governor,
JOHN W. HICKENLOOPER, governor,
RICK RAEMISCH, executive director,
WARDEN MILYARD,
WARDEN FALK, and
CASE MANAGER LUECK,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#55],[1] filed August 6, 2014. No objection having been filed to the recommendation, I review it for plain error only. *See **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).*[2] I perceive no such error in the magistrate judge's recommended disposition. Indeed, in

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. **Morales-Fernandez**, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).*

his filing in response to the magistrate judge's show cause order, plaintiff asks that defendant, Bill Ritter, Jr., be removed as a party defendant.  (*See* **I Object to the Motion To Show Cause** [#37], filed May 20, 2014.)  I therefore find and conclude that the magistrate judge's recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Recommendation of United States Magistrate Judge** [#55], filed August 6, 2014, is **APPROVED AND ADOPTED** as an order of this court;

    2.  That plaintiff's claims against defendant, Bill Ritter, Jr., ex-governor, are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute;

    3.  That at the time judgment enters, judgment without prejudice **SHALL ENTER** on behalf of defendant, Bill Ritter, Jr., ex-governor, against plaintiff, James Roger Duncan, on all claims for relief and causes of action asserted against this defendant in this action; and

    4.  That defendant, Bill Ritter, Jr., ex-governor, is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly.

    Dated September 8, 2014, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge