**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00301-REB-BNB

JAMES ROGER DUNCAN,

    Plaintiff,

v.

JOHN W. HICKENLOOPER, governor,
RICK RAEMISCH, executive director,
WARDEN MILYARD,
WARDEN FALK, and
CASE MANAGER LUECK,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#66],[1] filed November 17, 2014. No timely objection having been filed to the recommendation, I review it for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]

---

[1] "[#66]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

I perceive no error, much less plain error, in the magistrate judge's recommended disposition of defendants' motion to dismiss.  To the extent defendants are sued in their official capacities, the Eleventh Amendment plainly bars any claim for monetary damages against them; thus, these claims must be dismissed with prejudice. With respect to plaintiff's remaining claims, and as set forth and analyzed in detail in the recommendation, the complaint patently fails to set forth adequate facts (as opposed to mere conclusions) to assert plausible claims for relief.

Thus, I find and conclude that the magistrate judge's recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#66], filed November 17, 2014, is **APPROVED AND ADOPTED** as an order of this court;

2.  That defendants' **Motion To Dismiss Complaint** [#32], filed May 12, 2014, is **GRANTED**;

3.  That plaintiff's claims are **DISMISSED** as follows:

    a.  That plaintiff's claims for monetary relief against defendants in their official capacities are **DISMISSED WITH PREJUDICE**; and

    b.  That all remaining claims against defendants in both their official and individual capacities are **DISMISSED WITHOUT PREJUDICE**;

4.  That judgment **SHALL ENTER** as follows:

    a. That judgment with prejudice shall enter on behalf of defendants John W. Hickenlooper, governor; Rick Raemisch, executive director; Warden

      [Kevin] Milyard; Warden [James] Falk; and Case Manager [Jim] Lueck, and against plaintiff, James Roger Duncan, on the claims for monetary damages against them in their official capacities;

      b.  That judgment without prejudice shall enter on behalf of defendants John W. Hickenlooper, Governor; Rick Raemisch, Executive Director; Warden [Kevin] Milyard; Warden [James] Falk; and Case Manager [Jim] Lueck, and against plaintiff, James Roger Duncan, on all other claims against them in their official and individual capacities; and

      c.  That in accordance with my **Order Adopting Recommendation of United States Magistrate Judge** [#59], filed September 8, 2014, on behalf of former defendant Bill Ritter, Jr., Ex-Governor; and

5.  That this case is **CLOSED**.

Dated December 11, 2014, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                   */s/ Robert E. Blackburn*
                                                   Robert E. Blackburn
                                                   United States District Judge